In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-124 CR


____________________



JACKIE WAYNE EASON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 163rd District Court 


Orange County, Texas


Trial Cause No. B 060404-R






MEMORANDUM OPINION


 Jackie Wayne Eason pled guilty to the second degree felony offense of possession of
a controlled substance, methamphetamine, in an amount of four grams or more but less than
200 grams. See Tex. Health & Safety Code Ann. § 481.115(a),(d) (Vernon 2003). The
trial court convicted Eason and assessed punishment at confinement in the Texas Department
of Criminal Justice, Correctional Institutions Division, for fourteen years. 

 On appeal, Eason's counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). On September 20, 2007, we granted an extension of time for the appellant to
file a pro se brief. We received no response from appellant. 

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Bledsoe v. State, 178 S.W.3d 824, 826-27 (Tex. Crim.
App. 2005); cf. Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm
the trial court's judgment. (1)

 AFFIRMED.

 __________________________________

 CHARLES KREGER

 Justice


Submitted on February 5, 2008

Opinion Delivered February 13, 2008

Do not publish


Before McKeithen, C.J., Kreger and Horton, JJ.
1. Appellant may challenge our decision in this case by filing a petition for
discretionary review. See Tex. R. App. P. 68.